

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 23–30132
Chapter 7

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
George Konstantinos Vouvoudakis
3809 Monticello Street
Indian Trail, NC 28079
Social Security No.: xxx–xx–5730

# NOTICE OF DEFICIENT FILING

**NOTICE IS HEREBY GIVEN** that the petition filed on behalf of the above–referenced debtor(s) did not include the following items:

Schedule G – Executory Contracts
Form 121 (Statement of SSN)
Form 8 (Statement of Intention)
Certification of Credit Counseling
Copy of government issued photo identification

**FURTHER NOTICE IS GIVEN** that if the above–referenced items are not filed with the Clerk of this Court within the time set forth in the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules of this Court, this case will be subject to dismissal by the Court.

Dated: February 23, 2023                                                              Steven T. Salata
                                                                                                      Clerk of Court

Electronically filed and signed (2/23/23)