

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 23–30132
Chapter 7

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
   George Konstantinos Vouvoudakis
   3809 Monticello Street
   Indian Trail, NC 28079
   Social Security No.: xxx–xx–5730

# ORDER TO APPEAR AND SHOW CAUSE

The court, having reviewed the record in this Chapter 7 bankruptcy case, and it appearing that the Debtor(s) failed to pay the filing fee for this case in the amount of $338.00 within the time periods set by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules of the court and/or any subsequent extensions of time as allowed by the court;

The court hereby concludes that the failure to timely pay the filing fee for this case constitutes a violation of the applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and/or the Local Rules of the court.

Based upon the foregoing, the court hereby **ORDERS THE DEBTORS(S) TO APPEAR** on March 13, 2023 at 09:30 AM at Charles R. Jonas Federal Building, 401 West Trade Street, Courtroom 2B, Charlotte, NC 28202 and **SHOW CAUSE** why this case should not be dismissed and/or other sanctions should not be imposed due to the failure of the Debtor(s) to timely pay the filing fee for this case.

Dated: February 23, 2023                        BY THE COURT

                                                  J. Craig Whitley
                                                  United States Bankruptcy Judge

Electronically filed and signed (2/23/23)